```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA      )
                              ) Criminal No. 07-CR-10149-RCL
        V.                    )
                              )
                              )
ABRAHAM PEREZ,                )
    A/K/A "KING DIAMOND"      )
                              )

### GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the indictment in the above captioned matter. In support of this motion, the government states that the indictment was sealed, at the government's request, on May 10, 2007, so that no public disclosure of the filing of the indictment would impede attempts to arrest the defendant. Since the defendant has now been arrested, or is aware of the arrest warrant, the government asks that the indictment be unsealed.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   _____
                                    THEODORE B. HEINRICH
                                    Assistant U.S. Attorney

May 14, 2007